# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEARY BOWSER** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**BLUESTEM BRANDS, INC. d/b/a** )<br>**Fingerhut,** )<br>)<br>)<br>**Defendant.** ) | Case No.: 1:16-cv-01530-JEB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), counsel for all parties hereto stipulate that the above-captioned action is voluntarily dismissed, with prejudice, with each party to bear its own costs and fees.

SEEN AND AGREED:

*/s/ Elizabeth A. Hutson*

Elizabeth A. Hutson, Esq.
McGuireWoods LLP
2001 K Street, NW
Suite 400
Washington, DC 20006
Phone: (202) 857-1729
(202) 828-2990 (fax)
Email: ehutson@mcguirewoods.com
*Attorney for the Defendant*

Date: February 20, 2017

SEEN AND AGREED:

*/s/ Amy L. Bennecoff Ginsburg*

Amy L. Bennecoff Ginsburg (AB 0891)
Kimmel & Silverman, P.C.
1930 E. Marlton Pike, Suite Q 29
Cherry Hill, NJ 08003
Phone: (856) 429-8334
Fax: (856) 216-7344
Email: aginsburg@creditlaw.com
*Attorney for the Plaintiff*

Date: February 20, 2017

BY THE COURT:

_____

J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 20th day of February, 2017:

Elizabeth A. Hutson, Esq.
McGuireWoods LLP
2001 K Street, NW
Suite 400
Washington, DC 20006
Phone: (202) 857-1729
(202) 828-2990 (fax)
Email: ehutson@mcguirewoods.com

Erin L Hoffman, Esq.
FAEGRE & BENSON
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Phone: (612)-766-8043
(612)- 766-1600 (fax)
Email: erin.hoffman@faegreBD.com

Dustin R. DeNeal, Esq.
Faegre Baker Daniels LLP
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-1176
(317) 237-1000 (fax)
Email: dustin.deneal@FaegreBD.com

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (856) 429-8334
Fax: (856) 216-7344
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff